AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.
JUAN ALEJANDRO PLATA-ZUNIGA

**APPEARANCE**

Case Number: 08-MJ-658 UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN ALEJANDRO PLATA-ZUNIGA

I certify that I am admitted to practice in this court.

April 7, 2008
Date

*/s/ David J. Goldstein*
Signature

DAVID J. GOLDSTEIN
Print Name                    Bar Number

888 Grand Concourse
Address

Bronx        New York        10451
City         State           Zip Code

(718) 665-9000        (718) 665-9147
Phone Number          Fax Number